# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 1:22mj9279 |
| | ) | |
| ISAAC WOOLLEY | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   November 23, 2022   in the county of   Cuyahoga   in the
  Northern   District of   Ohio  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 49, United States Code, Section 46314(a) and (b)(2) | Entering aircraft or airport area in violation of security requirements |
| Title 18, United States Code, Section 2219 | Carjacking |
| Title 18, United States Code, Section 32(a) | Destruction of aircraft or aircraft facilities |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Patrick B. Lentz, Special Agent, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date:   November 27, 2022 at 5:27 p.m.

*Judge's signature*

City and state:   Cleveland, Ohio   Jennifer Dowdell Armstrong, Magistrate Judge
*Printed name and title*