# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:22mj9279** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MAGISTRATE JUDGE JENNIFER** |
| | ) | **DOWDELL ARMSTRONG** |
| | ) | |
| **ISAAC WOOLLEY** | ) | |
| | ) | |
| Defendant. | ) | |

The Court held a Prelimary and Detention Hearing to Defendant Isaac Woolley ("Mr. Woolley") on December 5, 2022. At the outset of the hearing, Mr. Woolley's counsel expressed serious concerns regarding Mr. Woolley's competency for the reasons stated on the record, and he orally moved under U.S.C. § 4241(a) for a mental competency evaluation of Mr. Woolley. The Court finds on the record currently before it that there is reasonable cause to believe that Mr. Woolley may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

**IT IS ORDERED** that Mr. Woolley is to remain in custody and be immediately transported for an evaluation to the BOP by a licensed psychiatrist or psychologist as to his competency to understand the nature and consequences of the proceedings against him and to assist properly in his defense.  After the examination is completed, the United States Marshal's Office must return Mr. Woolley to this district, and must immediately notify the Court of Mr. Woolley's return so the preliminary and detention hearing can proceed if warranted.

**IT IS FURTHER ORDERED** that a report be made to the Court within thirty (30) days from the entry of this Order.  A copy of such report is to be furnished to the Court, the Assistant United States Attorney, Mr. Wooley, and defense counsel.

Dated:  December 5, 2022

s/ *Jennifer Dowdell Armstrong*
JENNIFER DOWDELL ARMSTRONG
UNITED STATES MAGISTRATE JUDGE