**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.:  1:22CR721 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE CHRISTOPHER A. BOYKO |
| vs. | : | |
| | : | |
| ISAAC WOOLLEY, | : | **DEFENDANT'S MOTION FOR LEAVE** |
| | : | **TO FILE NOTICE UNDER** |
| Defendant. | : | **FED. R. CRIM. P. 12.2 UNDER SEAL** |
| | : | |
| | : | |

Isaac Woolley moves the Court, pursuant to Rule 49.4 of the Local Criminal Rules, for an

Order to file a notice under Fed. R. Crim. P. 12.2 under seal. Mr. Woolley will be filing a notice

and exhibit with confidential medical information that is not suitable for public viewing. Mr.

Woolley requests the Court enter an Order permitting him to file the notice and confidential exhibit

under seal.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ JACQUELINE A. JOHNSON*
JACQUELINE A. JOHNSON
First Assistant
Federal Public Defender
Ohio Bar:  0025606
*/s/ Cathi Adinaro Shusky*
CATHI ADINARO SHUSKY
Attorney at Law
Ohio Bar: 0088731
1660 West Second Street, Suite #750
Cleveland, OH 44113

(216) 522-4856 Fax: (216)522-4321
E-mail: jacqueline_johnson@fd.org
E-mail: cathi_shusky@fd.org