**FILED**
2:44 pm Feb 05 2025
**Clerk U.S. District Court
Northern District of Ohio
Cleveland**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:22CR721 |
| Plaintiff, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) ) | |
| ISAAC WOOLLEY, | ) ) | <u>ORDER</u> |
| Defendant. | ) ) | |

The Court has reviewed the Joint Stipulations and Waivers for Bench Trial signed and submitted by the parties on ~~DATE.~~ FEB 5, 2025

The Court ACCEPTS the parties' Joint Stipulations and Waivers, and pursuant to 18 U.S.C. § 4242(b)(3) hereby ENTERS A SPECIAL VERDICT, finding the defendant, Isaac Woolley, not guilty only by reason of insanity.

Pursuant to 18 U.S.C.§ 4243(b), the Court hereby ORDERS that a psychiatric or psychological examination of Isaac Woolley be conducted and that a psychiatric or psychological report be filed with his court pursuant to the provisions of 18 U.S.C. § 4247(b) and (c).

Pursuant to 18 U.S.C. § 4243(c), the Court hereby SETS a hearing under the provisions for 18 U.S.C. § 4247(d) for MARCH 17, 2 PM. 2025 ,

a date not later than forty days following the Court's entry of this special verdict. Any psychological or psychiatric report must be filed prior to the date of the hearing.

IT IS SO ORDERED, this the 5TH day of FEBRUARY, 2025.

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
United States District Judge

10